ROBERT FRAZER
United States Attorney
ROBERT NUSE
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2880
Robert.Nuse@usdoj.gov
*Attorneys for the Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLIN PENA HERNANDEZ, <br><br> *Petitioner,* <br><br> v. <br><br> LUIS SOTO, *et al.*, <br><br> *Respondents.* | HON. RENÉE MARIE BUMB <br><br> *Civil Action No.* 26-5794 (RMB) <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties,

that this action shall be and hereby is dismissed without prejudice and without costs

or attorneys' fees to either party. Additionally, any stay on the transfer or transport

of Petitioner is hereby lifted by agreement of the parties.

CARDENAS IMMIGRATION                ROBERT FRAZER
LAW, LLC                            United States Attorney

By:   *s/ Veronica Cardenas (rn)*        *s/ Robert Nuse (rn)*
      VERONICA CARDENAS              ROBERT NUSE
      *Attorneys for Petitioner*         Assistant United States Attorney
                                    *Attorneys for Respondents*

1

Dated:  6/22/2026

So Ordered:

CHIEF UNITED STATES DISTRICT
JUDGE

2